924

No. 87–7243. LEMERON v. POWERS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–7276. BAGLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–7284. MARTIN v. MORRIS. C. A. 6th Cir. Certiorari denied.

No. 87–7347. SOSA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–12. MORTON ET UX. v. GARDNER, EXECUTIVE DIRECTOR, DEPARTMENT OF NATURAL RESOURCES OF FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 88–20. BRADSHAW v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–37. CARLIN COMMUNICATIONS, INC., ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–120. VANCASPEL ET AL. v. CORWIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–168. KANSAS v. CLOTHIER. Sup. Ct. Kan. Certiorari denied.

No. 88–170. BENGIVENGA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–189. BELL ATLANTIC v. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 88–197. ITHACA INDUSTRIES, INC. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 4th Cir. Certiorari denied.

No. 88–202. HERRERA-DIAZ, A MINOR, BY AND THROUGH HIS GUARDIAN, HERRERA-DIAZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–210. MURPHY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.